**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6184**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NATASHA L. WALLACE, a/k/a Natasha Wallace,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (1:21-cr-00030-JPJ-PMS-13)

---

Submitted:  May 30, 2024                          Decided:  June 4, 2024

---

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Natasha L. Wallace, Appellant Pro Se.  Jonathan Patrick Jones, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Natasha L. Wallace appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part A of Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no reversible error. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard). Accordingly, we deny Wallace's motion for appointment of counsel and affirm the district court's judgment. *United States v. Wallace*, No. 1:21-cr-00030-JPJ-PMS-13 (W.D. Va. entered Feb. 15, 2024 & filed Feb. 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*